266 So.2d 219

Donald Louis PRINCE

v.

PARETTI PONTIAC COMPANY, INC.

No. 52674.

Sept. 19, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

266 So.2d 220

Vardamon CASTON

v.

WOMAN'S HOSPITAL FOUNDATION.

No. 52615.

Sept. 19, 1972.

Writ refused. On the facts found by the court of appeal, there is no error of law in its judgment.